**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000046
18-MAR-2025
10:37 AM
Dkt. 152 OCOR

NOS. CAAP-19-0000046 and CAAP-23-0000722

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**CAAP-19-0000046**
NORDIC PCL CONSTRUCTION, INC., f/k/a NORDIC
CONSTRUCTION, LTD., Plaintiff-Appellee,
v.
LPIHGC, LLC; FIDELITY AND DEPOSIT COMPANY OF MARYLAND; and
MAUI BEACH RESORT LIMITED PARTNERSHIP, Defendants-Appellants,
and LEDCOR INDUSTRIES (USA) INC., Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CC181000689)

and

**CAAP-23-0000722**
IN THE MATTER OF THE ARBITRATION OF NORDIC PCL
CONSTRUCTION, INC. f/k/a NORDIC CONSTRUCTION, LTD.,
Claimant-Counterclaim Respondent-Appellant,
v.
LPIHGC, LLC, Respondent-Counterclaimant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CSP-23-0000427)

ORDER OF CORRECTION
(By: Hiraoka, J., for the court[1])

IT IS HEREBY ORDERED that the Memorandum Opinion in

Nos. CAAP-19-0000046 and CAAP-23-0000722, entered on March 10,

2025, is hereby corrected as follows:

---

[1]     Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.

At page 17, the subtitle **"VII.  CONCLUSION"** shall be corrected to **"V.  CONCLUSION"**.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, March 18, 2025.

FOR THE COURT:

/s/ Keith K. Hiraoka
Associate Judge